# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BRANDON ANDERSON                                              PLAINTIFF

v.                           No. 3:17-cv-123-DPM

EDDIE WEEMS, Sergeant, Trumann Police
Department; CHAD HENSON, Chief,
Trumann Police Department; JOHN DOE;
LEENIE BAKER, Lieutenant, Trumann
Police Department; and JERRY COOK,
Detective, Trumann Police Department               DEFENDANTS

## ORDER

Anderson hasn't filed an amended complaint; and now his mail is being returned undelivered. № 4 & 5. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 July 2017