IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON ANDERSON                                                    PLAINTIFF

v.                              No. 3:17-cv-123-DPM

EDDIE WEEMS, Sergeant, Trumann Police
Department; CHAD HENSON, Chief,
Trumann Police Department; JOHN DOE;
LEENIE BAKER, Lieutenant, Trumann
Police Department; and JERRY COOK,
Detective, Trumann Police Department                                DEFENDANTS

## JUDGMENT

Anderson's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

31 July 2017